UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Daphne King v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 3:10-cv-11198-DRH

*Debra Mink v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 3:11-cv-10869-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on November 14, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                            **NANCY J. ROSENSTENGEL,**
                                            **CLERK OF COURT**

                                            **BY:    /s/*Sara Jennings***
                                                     **Deputy Clerk**

Dated:  November 17, 2013

                          David R. Herndon
                          2013.11.17
                          07:57:51 -06'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT